IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARDSON INTERNATIONAL (US) LIMITED, and NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BUHLER, INC,<br><br>　　　　　　Defendant. | **8:14CV148**<br><br>**ORDER** |

　　This matter is before the court on the Joint Stipulation Concerning Pretrial Deadlines, Filing No. 103.  The proposed amendments are adopted.

　　IT IS ORDERED that the joint stipulation, Filing No. 103 is granted, as follows:

　　1.　The deadline for opposing briefs to motions in limine shall be March 2, 2017.

　　2.　The parties shall identify the expected live witnesses that they intend to call at trial in their respective cases-in-chief by March 31, 2017.  To the extent that a live witness is so designated, they are excluded from the deposition designation deadlines set forth below.  In the event that a designated live witness does not appear at trial, the parties stipulate that they may designate deposition testimony (along with counter-designations as appropriate) within a reasonable time following notification of the live witness's unwillingness or inability to testify, which notification shall be provided as soon as the party learns of the live witness's unavailability.  The parties agree to work

together in good faith to avoid the unnecessary designation of deposition testimony by promptly notifying each other of the status of live witness availability.

3. The deadline for initial designation of deposition testimony is April 10, 2017. The deadline for counter-designation of deposition testimony is April 17, 2017. The deadline for objections to deposition testimony is April 25, 2017.

4. The Final Pretrial Conference with the undersigned judge is set for April 11, 2017, at 1:30 P.M., in chambers, 111 South 18th Plaza, Suite 3259, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

5. The deadline for final exhibit and witness lists is May 1, 2017.

6. The deadline for the parties' trial briefs is May 1, 2017, pursuant to Local Rule 39.2(a).

7. The deadline for the parties' proposed jury instructions is May 1, 2017, pursuant to Local Rule 51.1(a).

8. The deadline for the parties' objections to proposed jury instructions is May 5, 2017, pursuant to Local Rule 51.1(b).

9. A jury trial is set for May 8, 2017 at 8:30 a.m. in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, before Senior Joseph F. Bataillon.

Dated this 13th day of February, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge