IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARDSON INTERNATIONAL (US) LIMITED, and NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | 8:14CV148 |
| Plaintiffs, | ORDER |
| vs. | |
| BUHLER INC., | |
| Defendant. | |

Upon notice of settlement given to the judge on May 12, 2017, by plaintiffs' counsel,

**IT IS ORDERED that**:

1. On or before **June 12, 2017**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 12th day of May, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge