IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARDSON INTERNATIONAL (US) LIMITED, and NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>vs.<br><br>BUHLER INC.,<br><br>        Defendant. | 8:14CV148<br><br>**ORDER OF DISMISSAL** |

On June 12, 2017, the Plaintiff filed a Stipulation and Motion for Order of Dismissal and that matter now comes before the court. After careful consideration, and upon the stipulations of the parties, the Court does hereby ORDER this matter is dismissed with prejudice, and that each party shall bear their own attorneys' fees and costs incurred in relation to this matter.

Dated this 14th day of June, 2017.

                                        BY THE COURT:

                                        s/ Joseph F. Bataillon
                                        Senior United States District Judge