IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RICHARDSON INTERNATIONAL (US) LIMITED, NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | ) ) ) ) | Case No. 8:14CV148 |
|---|---|---|
| Plaintiffs, | ) ) | **ORDER TO DESTROY** |
| vs. | ) ) ) | |
| BUHLER INC., | ) ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on January 19, 2018 and counsel for the defendant notified the court on January 11, 2018 that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Trial Exhibits 2, 10, 11, 13, 14, 16, 18, 28, 29, 40, 43, 82, 100, 104, 105, 1080, 115, 120, 129, 135-142, 300, 301, 304 from Jury Trial held May 8-12, 2017

Defendant's Trial Exhibits 35, 38, 39, 41, 46, 47, 51, 62, 67A, 68, 72, 304A, 304B, 304C, 1117, 1118, 1120, 1123-1127 from Jury Trial held May 8-12, 2017

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: January 19, 2018

BY THE COURT

s/ Joseph F. Bataillon
Senior United States District Judge